IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 26 2009

GREGORY C. LANGHAM
CLERK

Civil Action No. 09-cv-00224-BNB

SCOTT FIRTH,

    Plaintiff,

v.

JONI SHOEMAKER, individually, and in her official capacity as Deputy Director of
    Clinical Services,
PEGGY HEIL, individually, and in her official capacity as Chief of Rehabilitation
    Programs,
JOE STOMMEL, individually, and in his official capacity as Chief of Rehabilitation
    Programs,
BURL MCCULLAR, individually, and in his official capacity as Sex Offender Treatment
    Program Manager,
SAMUEL DUNLAP, individually, and in his official capacity as SOTMP Phase II
    Program Coordinator,
CHRISTINE TYLER, individually, and in her official capacity as SOTMP Therapist,
DWIGHT MARTINEZ, individually, and in his official capacity as SOTMP Therapist,
PAT MOSHURE, individually, and in her official capacity as SOTMP Therapist,
JACULYN MAUS, individually, and in her official capacity as SOTMP Therapist,
LENNY WOODSON, individually, and in his official capacity as SOTMP Therapist, and
TINA VALDEZ, individually, and in her official capacity as SOTMP Therapist,

    Defendants.

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. See D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED February 26, 2009, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00224-BNB

Scott Firth
Prisoner No. 121488
Arrowhead Correctional Center
P.O. Box 300 - Unit B
Cañon City, CO 81215-0300

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 2/26/09

GREGORY C. LANGHAM, CLERK

By: _____
            Deputy Clerk