IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-00224-MSK-MJW

SCOTT FIRTH,

        Plaintiff,

v.

JONI SHOEMAKER, indiviudally, and in her official capacity as Deputy Director of Clinical
    Services,
PEGGY HEIL, individually, and in her official capacity as Chief of Rehabilitation Programs,
JOE STOMMEL, individually, and in his official capacity as Chief of Rehabilitation Programs,
BURL MCCULLAR, individually, and in his official capacity as Sex Offender Treatment
    Program Manager,
SAMUEL DUNLAP, individually, and in his official capacity as SOTMP Phase II Program
    Coordinator,
CHRISTINE TYLER, individually, and in her official capacity as SOTMP Therapist,
DWIGHT MARTINEZ, inidivudally, and in his official capacity as SOTMP Therapist,
PAT MOSHURE, indiviudall, and in her official capacity as SOTMP Therapist,
JACULYN MAUS, inidivudally, and in her official capacity as SOTMP Therapist,
LENNY WOODSON, individually, and in his official capacity as SOTMP Therapist, and
TINA VALDEZ, inidividually, and in her official capacity as SOTMP Therapist,

        Defendants.

ORDER TO CURE DEFICIENCY

Krieger, Judge

      Plaintiff submitted a Notice of Appeal on April 9, 2010. The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)    Filing Fee**
      __ is not submitted

1

**(B)    Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:

      __    is not submitted
      __    is missing affidavit
      __    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
      __    is missing required financial information
      __    is missing an original signature by the prisoner
      X    is not on proper form (must use the court's current form)
      __    other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED this 13th day of April, 2010.

                                      **BY THE COURT:**

                                      */s/ Marcia S. Krieger*
                                      _____

                                      Marcia S. Krieger
                                      United States District Judge