IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00224-MSK-MJW

SCOTT FIRTH,

Plaintiff,

v.

JONI SHOEMAKER, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the plaintiff's Motion Requesting Amendment of Schedule to Supplement the Pleadings (Docket No. 70) is denied finding no good cause shown. The current deadline provides adequate time to file a motion to amend or supplement the complaint. It is further

ORDERED that on or before May 24, 2010, defendants shall file a response to the plaintiff's Motion Requesting Access to Termination Review Recording (Docket No. 69).

Date: May 4, 2010