IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   09-cv-00224-MSK-MJW

SCOTT FIRTH,

Plaintiff,

v.

JONI SHOEMAKER, et al.,

Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

In view of the representation of defense counsel in defendants' response (Docket No. 75) that arrangements have been made for the plaintiff to listen to the audio recording of his SOTMP termination review hearing, it is hereby

**ORDERED** that the plaintiff's Motion Requesting Access to Termination Review Recording **(Docket No. 69)** is **denied as moot**.

Date: June 1, 2010