IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    09-cv-00224-MSK-MJW

SCOTT FIRTH,

Plaintiff,

v.

JONI SHOEMAKER,
PEGGY HEIL,
JOE STOMMEL,
BURL McCULLAR,
SAMUEL DUNLAP,
CHRISTINE TYLER,
DWIGHT MARTINEZ,
PAT MOSHURE,
JACULYN MAUS,
LENNY WOODSON, and
TINA VALDEZ,

Defendants.

---

## MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that the Plaintiff's Motion for Enlargement of Time or Amendment of Schedule (Docket No. 80) is granted as follows. The deadline for completing discovery is extended up to and including October 29, 2010, and the deadline for filing dispositive motions is extended up to and including November 30, 2010.

It is further **ORDERED** that the Plaintiff's Motion for Leave to Propound Additional Interrogatories and Requests for Admissions (Docket No. 83) is denied, finding no good cause.  The additional interrogatories and requests for admissions sought by the plaintiff are excessive and would be unduly burdensome.  The current limitation on the number of interrogatories requests for admissions remains set.

It is further **ORDERED** that Plaintiff's Motion to Compel (Docket No. 93) is denied for the reasons stated in the Defendants' response thereto (Docket No. 95).

Date: September 7, 2010