IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00224-MSK-MJW

SCOTT FIRTH,

Plaintiff,

v.

JONI SHOEMAKER,
PEGGY HEIL,
JOE STOMMEL,
BURL McCULLAR,
SAMUEL DUNLAP,
CHRISTINE TYLER,
DWIGHT MARTINEZ,
PAT MOSHURE,
JACULYN MAUS,
LENNY WOODSON, and
TINA VALDEZ,

Defendants.

### MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiff's Motion for Access to SOTMP Termination Review Hearing Recording (docket no. 98) is MOOT and therefore DENIED. The Pro Se Incarcerated Plaintiff filed a letter dated October 15, 2010 (docket no. 100). Such letter states, *in pertinent part*: "This is to notify the court that on October 13, 2010, my case manager made the SOTMP Termination Hearing recording available to me. Thus, Plaintiff's Motion for Access to SOTMP Termination Review Hearing Recording, is moot."

Date: October 20, 2010