IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   09-cv-00224-MSK-MJW

SCOTT FIRTH,

Plaintiff,

v.

JONI SHOEMAKER,
PEGGY HEIL,
JOE STOMMEL,
BURL McCULLAR,
SAMUEL DUNLAP,
CHRISTINE TYLER,
DWIGHT MARTINEZ,
PAT MOSHURE,
JACULYN MAUS,
LENNY WOODSON, and
TINA VALDEZ,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that based upon the defendants' response (Docket No. 129), Plaintiff's Motion to Compel Production of Documents Pursuant to Court's Order (Docket No. 124) is denied.  Defendants have provided the copies of the only licences they possess.  They cannot produce documents they do not possess.  Defendants have thus adequately responded to the request for production.

Date: February 25, 2011