IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00224-MSK-MJW

SCOTT FIRTH,

Plaintiff,

v.

JONI SHOEMAKER,
PEGGY HEIL,
JOE STOMMEL,
BURL McCULLAR,
SAMUEL DUNLAP,
CHRISTINE TYLER,
DWIGHT MARTINEZ,
PAT MOSHURE,
JACULYN MAUS,
LENNY WOODSON, and
TINA VALDEZ,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

　　Substantially for the reasons stated in the defendants' response (Docket No. 153), it is hereby ORDERED that the Plaintiff's Motion to Introduce Intervention (Docket No. 145) is denied. Intervention of right is not warranted. There has been no showing that Mr. Troke is "so situated that disposing of the action may as a practical matter impair or impede the movan'ts ability to protects [his] interest . . . ." See Fed. R. Civ. P. 24(a). Furthermore, intervention at this late date would prejudice defendants, would introduce additional issues that do not directly concern plaintiff's termination from the SOTMP, and would unduly delay the disposition in this case.

Date: August 3, 2011