IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-00224-MSK-MJW

SCOTT FIRTH,

        Plaintiff,

v.

JONI SHOEMAKER, individually and in her official capacity as Deputy Director of Clinical
    Services,
PEGGY HEIL, individually and in her official capacity as Chief of Rehabilitation Programs,
JOE STOMMELL, individually and in her official capacity as Chief of Rehabilitation Programs,
BURL MCCULLAR, individually and in her official capacity as Sex Offender Treatment
    Program Manager,
SAMUEL DUNLAP, individually and in her official capacity as STOMP Phase II Program
    Coordinator,
CHRISTINE TYLER, individually and in her official capacity as SOTMP Therapist,
DWIGHT MARTINEZ, individually and in his official capacity as SOTMP Therapist,
PAT MOSHURE, individually and in her official capacity as SOTMP Therapist,
JACULYN MAUS, individually and in her official capacity as SOTMP Therapist,
LENNY WOODSON, individually and in his official capacity as SOTMP Therapist, and
TINA VALDEZ, individually and in her official capacity as SOTMP Therapist,

        Defendants.

## ORDER TO CURE DEFICIENCY

Krieger, Judge

        Plaintiff submitted a Notice of Appeal on October 19, 2011.  The court has determined that the document is deficient as described in this order.  Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**     **Filing Fee**
        <u> X </u>    is not submitted

**(B)** **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
- X  is not submitted
- __ is missing affidavit
- __ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
- __ is missing required financial information
- __ is missing an original signature by the prisoner
- __ is not on proper form (must use the court's current form)
- __ other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED this 24th day of October, 2011.

                    **BY THE COURT:**

                    *Marcia S. Krieger*

                    Marcia S. Krieger
                    United States District Judge